UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Susan D. Wigenton

v. : Crim. No. 11-51 (SDW)

WYDOVE BROWN : SCHEDULING ORDER

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Jane H. Yoon, Assistant U.S. Attorney, appearing), and the defendant Wydove Brown (Scott Krasny, Esq., appearing) for a scheduling order in the above-captioned matter, and counsel for both parties having appeared before the Court for a telephonic status conference on November 22, 2011, and for good and sufficient cause shown,

IT IS, on this 29th day of November 2011,

ORDERED that the calendar for this matter shall be revised as follows:

    Pre-trial motions due: January 6, 2012
        Opposition due: January 23, 2012
           Replies due: January 27, 2012
       Motions hearing: February 1, 2012
                Trial: February 6, 2012

_____
HON. SUSAN D. WIGENTON
United States District Judge

Form and entry
consented to:

_____
Jane H. Yoon
Assistant U.S. Attorney


_____
Scott Krasny, Esq.
Counsel for Wydove Brown

2