UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Susan D. Wigenton |
| v. | : Crim. No. 11-51 (SDW) |
| WYDOVE BROWN | : ORDER |

This matter having come before the Court on the joint motion of Paul J. Fishman, United States Attorney for the District of New Jersey (Jane H. Yoon, Assistant U.S. Attorney, appearing), for an order authorizing counsel for the defendant Wydove Brown, namely, Scott Krasny, Esq., to inspect, accompanied by Deputy U.S. Marshals and/or authorized court personnel, the following areas of the Martin Luther King, Jr. Federal Building and U.S. Courthouse in Newark, New Jersey on December 8, 2011 at 11:30 a.m.: (1) the holding area adjoining the courtroom of the Honorable William J. Martini, United States District Judge ("the Holding Area"); (2) the elevator located in the Holding Area ("the Elevator"); (3) the relevant corridors in the cell block area beginning from the Elevator to the cell where the defendant Wydove Brown was held on June 9, 2010; and (4) the cell where the defendant Wydove Brown was held on June 9, 2010; and this matter having been addressed by the parties with the Court during the November 22, 2011 telephonic status conference; and for good and sufficient cause shown,

IT IS, on this 6th day of December 2011,

ORDERED that Scott Krasny, Esq., counsel for the

defendant Wydove Brown, is hereby authorized on December 8, 2011, beginning at 11:30 a.m., to inspect, accompanied by Deputy U.S. Marshals and/or authorized court personnel, the Holding Area, the Elevator, the relevant corridors in the cell block area from the Elevator to the cell block where the defendant was held on June 9, 2010 and the cell block where the defendant was held on June 9, 2010.

/s/

HON. SUSAN D. WIGENTON
United States District Judge